**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GABRIEL MINASYAN; HASMIK
MINASSIAN; HAKOB MINASYAN,

Petitioners,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 11-70743

Agency Nos.    A075-648-887
A075-648-888
A075-648-890

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 24, 2013[**]

Before:     ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Gabriel Minasyan, Hasmik Minassian, and Hakob Minasyan, natives and

citizens of Armenia, petition for review of the Board of Immigration Appeals'

("BIA") March 15, 2011, order denying their motion to reconsider and/or reopen.

Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion denials of motions to reconsider and motions to reopen. *Mohammed v. Gonzales,* 400 F.3d 785, 791 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

In their motion to the BIA, petitioners argued the BIA erred previously by not considering all the evidence they submitted. The BIA did not abuse its discretion in denying petitioners' motion to reconsider where the motion did not establish any error of fact or law in the BIA's prior order. *See* 8 C.F.R. § 1003.2(b)(1).

We lack jurisdiction to address petitioners' contentions related to the BIA's 2010 decision denying their prior motion to reopen because the petition for review is untimely as to that order. *See* 8 U.S.C. § 1252(b)(1); *Singh v. Mukasey*, 533 F.3d 1103, 1110 (9th Cir. 2008) (an untimely petition for review must be dismissed for lack of jurisdiction).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**